[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT

 

No. 97-1903

 ATHENA PALEOLOGOS,

 Appellant,

 v.

 DAVID M. NICKLESS, ET AL.,

 Appellees.

 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. Nathaniel M. Gorton, U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Selya and Stahl, Circuit Judges. 

 

Athena Paleologos on brief pro se. 
David M. Nickless and Nickless and Phillips on brief for 
appellee.

 

  January 23, 1998
 

 Per Curiam. We have carefully reviewed the record and 

briefs on appeal and affirm the judgment of the Bankruptcy

Court. Although the avoidance provisions of 11 U.S.C. 549

may sometimes operate in a manner which appears harsh,

bankruptcy courts must exercise their equitable powers within

the confines of the Bankruptcy Code. Norwest Bank 

Worthington v. Ahlers, 485 U.S. 197, 206 (1988). The court 

has no power to upset the scheme of distribution established

by the Code. In re SPM Manufacturing Corporation, 984 F.2d 

1305, 1311 (1st Cir. 1993).

 With respect to Appellant's remaining arguments, she

made no proper showing that Trustee's action was time-barred

or otherwise inconsistent with the requirements of the Code.1 1

 Affirmed. Loc. R. 27.1. 

  

 1 Appellant's request for oral argument by telephone is 1
hereby denied.

 -2-